UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1180 (DWF/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>$14,978.93 IN PROCEEDS FROM U.S. BANK, et al.,<br>DEFENDANTS. | ORDER FOR MODIFICATION OF PRE-TRIAL SCHEDULE |

Based on the joint motion of the United States and Claimant AT&T Corp. to modify the pre-trial schedule in this case and on all the files and records herein,

IT IS HEREBY ORDERED that the pre-trial schedule is amended to provide that:

1. all discovery shall be completed on or before December 1, 2002;

2. all non-dispositive motions shall be served and filed by December 1, 2002;

3. all dispositive motions shall be served, filed and heard by March 1, 2003; and

4. the case shall be ready for court trial on May 1, 2003.

Dated: 8/28/02

ARTHUR J. BOYLAN
United States Magistrate Judge

AUG 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK