AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America

V.

$14,978.93 in proceeds
from US Bank and $22,476.39 in
proceeds from TCF Bank

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1180 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
default judgment is entered against Abdel-Ilah Elmardoudi, Whitney Elmardoudi and all unknown persons and entities having an interest in the defendant proceeds. All the right, title and interest of the defaulted persons and entities in the defendant proceeds are forfeited to the United States and no right, title or interest in the defendant proceeds shall exist in any other person or entity except as provided for in the Stipulation for Settlement betweenthe United States and Claimant AT&T Corp. The defendant proceeds shall be disposed of by the United States in accordance with law and with the stipulation for settlement with AT&T Corp.

December 20, 2002
Date

RICHARD D. SLETTEN, CLERK

Victoria Moralez
(By) Victoria Moralez, Deputy Clerk

Modified:11/20/02